IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| CHRISTINE LAMBERT, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No.  12-1294-EFM |
| | ) | |
| IMAGE RECEIVABLES | ) | |
| MANAGEMENT, LLC, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

## ORDER OF DISMISSAL

The above case comes on for consideration by the Court of its order filed December 14, 2012 (Doc. 5) to show cause why this action should not be dismissed by the Court for lack of prosecution pursuant to D. Kan. Rule 41.1.

No response having been filed to the Order to Show Cause, and because the December 28, 2012 deadline has lapsed, the Court finds that this action should be dismissed for lack of prosecution pursuant to D. Kan. Rule 41.1.

**IT IS THEREFORE ORDERED** that this action should be and is hereby dismissed, in its entirety, without prejudice and costs are assessed against the Plaintiff.

**IT IS SO ORDERED**.

Dated this 7th day of January, 2013, in Wichita, Kansas.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE